```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 2 8 2007
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - x

MARTIN O'BRIEN and JAMES MANNING,

        Plaintiffs,

  - against -

NICE SYSTEMS INC. and NICE SYSTEMS LTD.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. 07 Civ. 9582 (PAC)

**STIPULATION**

**WHEREAS:**

On October 25, 2007 Martin O'Brien and James Manning ("Plaintiffs") filed a Complaint in the United States District Court for the Southern District of New York naming NICE Systems, Inc. and NICE Systems Ltd. as defendants and alleging employment discrimination.

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that (i) the time for Defendants NICE Systems, Inc. and NICE Systems Ltd. to answer the Summons and Complaint in this action is adjourned to and including December 26, 2007; (ii) Defendants accept service of the Summons and Complaint and waive any alleged defect in service of process; and (iii) Plaintiffs and Defendants shall exchange initial disclosures on or before January 31, 2008.

NOV. 27. 2007  1:34PM

Dated: November 23, 2007
New York, New York

GOLDBERG & FLIEGEL LLP

By: /s/ Kenneth Goldberg
Kenneth Goldberg (KG 0295)

Attorneys for Plaintiffs
60 East 42nd Street, Suite 3421
New York, New York 10165
(212) 983-1077

BRYAN CAVE LLP

By: /s/ Vincent Alfieri
Vincent Alfieri (VA 0831)

Attorneys for Defendants
1290 Avenue of the Americas
New York, New York 10104
(212) 541-2000

So Ordered: /s/ Paul A. Crotty
U.S.D.J.  NOV 2 8 2007