UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
                                    :
MARTIN O'BRIEN and JAMES MANNING,   :
                                    :   Case No. 07 Civ. 9582 (PAC)
           Plaintiffs,              :
                                    :   **DISCLOSURE STATEMENT**
       - against -                  :   **PURSUANT TO F. R. CIV. P. 7.1**
                                    :
NICE SYSTEMS INC. and NICE SYSTEMS  :
LTD.,                               :
                                    :
           Defendants.              :
------------------------------------x

Defendants NICE Systems Inc. and NICE Systems Ltd. by their attorneys, Bryan Cave LLP, for their Statement of Disclosure pursuant to F.R.Civ. P. 7.1, hereby state that NICE Systems Ltd. is the corporate parent of NICE Systems Inc., that as of May 9, 2007, FMR Corp. owned 14.4% of NICE Systems Ltd.'s shares, and that there is no other publicly held corporation which owns 10% or more of the stock of NICE Systems Ltd.

Dated: New York, New York
       December 28, 2007

                                        BRYAN CAVE LLP


                                        By: ___/s/ Jay P. Warren___
                                              Jay P. Warren
                                        1290 Avenue of the Americas
                                        New York, New York  10104
                                        212-541-2000
                                        Attorneys for Defendants

C053230/0210908/1462492.1