UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x

MARTIN O'BRIEN and JAMES MANNING,

        Plaintiffs,

    - against -

NICE SYSTEMS INC. and NICE SYSTEMS LTD.,

        Defendants.
------------------------------------------------x

Case No. 07 Civ. 9582 (PAC)

**STATEMENT REGARDING DELAYED ELECTRONIC FILING**

    Defendants NICE Systems Inc. and NICE Systems Ltd. by their attorneys, Bryan Cave LLP, hereby state that the foregoing Answer was not filed on Friday December 28, 2007, as agreed upon by stipulation, due to the Electronic Filing System being unavailable. In lieu of service of the Answer through the Electronic Filing System, the Answer was served by mail on Friday December 28, 2007.

Dated: New York, New York
       December 28, 2007

BRYAN CAVE LLP

By: _____
      Vincent Alfieri
1290 Avenue of the Americas
New York, New York 10104
212-541-2000
Attorneys for Defendants

C053230/0210908/1462492.1