## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 : ss.:
COUNTY OF NEW YORK )

       DAVID ORTIZ, being duly sworn, deposes and says that deponent is not a party to this action, is over 18 years of age and resides in Ridgewood, New York.

       That on the 28th day of December 2007 deponent served by mail the within **ANSWER** upon:

    **Kenneth Andrew Goldberg**
    Goldberg & Fliegel LLP
    60 East 42nd Street, Suite 3421
    New York, NY 10165

the address designated by said attorneys for that purpose by depositing a true copy of same enclosed in postage paid properly addressed wrappers in an official mail box in the exclusive custody of the United States Postal Service located within the State of New York.

                                                           **DAVID ORTIZ**

Sworn to before me this
28th day of December 2007

**NOTARY PUBLIC**

JENNIFER L. POMPER
Notary Public, State Of New York
No. 01PO5061963
Qualified In Suffolk County
Certificate Filed In New York County
Commission Expires June 17, 20__