**United States District Court**
**Southern District of New York**

---

O'BRIEN, ET AL. ) Index No.: 07 CIV 9582
)
)
)
Plaintiff ) AFFIDAVIT OF SERVICE
v. )
NICE SYSTEMS INC. ET AL. )
)
)
Defendant )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on NOVEMBER 07, 2007 at 3:07 PM at 301 RT 17 NORTH 10TH FLOOR, RUTHERFORD, NJ 07070, deponent served the within SUMMONS IN A CIVIL CASE, JUDGES RULES, COMPLAINT AND JURY DEMAND on NICE SYSTEMS INC. therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to CHRIS DANIELS personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the VICE PRESIDENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: Yes    Approx. Age: 40    Height: 5'7"    Weight: 160

**COMMENTS:**

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC                Executed on: 11/21/07

20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Subscribed and sworn to before me, a notary public, on this ___22nd___ day of ___November___, 2007.
My Commission Expires: 3/28/09
Notary Public

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009