**United States District Court**
**Southern District of New York**

---

O'BRIEN, ET AL.                                      )
                                                     ) Index No.: 07 CIV 9582
                                                     )
                                                     )
                    Plaintiff                        ) AFFIDAVIT OF SERVICE
          v.                                         )
NICE SYSTEMS INC. ET AL.                             )
                                                     )
                                                     )
                    Defendant                        )

---

STATE OF NEW YORK: COUNTY OF NEW YORK    ss:

I, HARLIN PARKER, being duly sworn depose and say deponent is not a party to this action and is over the age of eighteen years and resides in the state of NEW YORK. That on NOVEMBER 07, 2007 at 3:07 PM at 301 RT 17 NORTH 10TH FLOOR, RUTHERFORD, NJ 07070, deponent served the within SUMMONS IN A CIVIL CASE, JUDGES RULES, COMPLAINT AND JURY DEMAND on NICE SYSTEMS LTD therein named.

**CORPORATION/BUSINESS:** by delivering thereat a true copy of each to CHRIS DANIELS personally, deponent knew said corporation/business so served to be that described in legal papers and knew said individual to be the AUTHORIZED AGENT thereof.

**DESCRIPTION:** Deponent further states that the description of the person actually served is as follows:
Gender: Male    Race/Skin: White    Hair: Black    Glasses: No    Approx. Age: 40    Height: 5'7"    Weight: 160:

**COMMENTS:** Recipient represented to me that he is authorized to accept service of process on behalf of Nice Systems Ltd.

I declare under penalties of perjury that the information contained herein is correct to the best of my knowledge.

Harlin Parker, Lic. #793198
Target Research LLC
20 Vesey Street, PH
New York, NY 10007
(212) 227-9600

Executed on: 11/21/07

Subscribed and sworn to before me, a notary public, on this _2nd_ day of _November_, 2007.

Notary Public

My Commission Expires: 3/28/09

CHRISTINA O'SULLIVAN
NOTARY PUBLIC-STATE OF NEW YORK
No. 01OS6124768
Qualified in New York County
Commission Expires March 28, 2009

---